IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| )<br>ORVILLE SCHUSTER, SCHUSTER CO., )<br>LEMARS TRUCK & TRAILER, INC., and )<br>WILLIAM SCHLICHTE, )<br> )<br>Plaintiffs, )<br> )<br>vs. )<br> )<br>FAY ANDERSON, F.H. ANDERSON )<br>COMPANY, P.C., F.H. ANDERSON )<br>COMPANY, CAL CLEVERINGA, )<br>and AMERICAN STATE BANK, )<br> )<br>Defendants. )<br>) | NO. C-04-4089 MWB<br><br><br><br><br><br>**DEFENDANTS, FAY ANDERSON,<br>F.H. ANDERSON COMPANY, P.C.,<br>AND F.H. ANDERSON COMPANY'S,<br>ANSWER TO PLAINTIFFS' THIRD<br>AMENDED AND SUBSTITUTED<br>COMPLAINT AND JURY DEMAND** |

**COME NOW,** Defendants, Fay Anderson, F.H. Anderson Company, P.C., and F.H. Anderson Company ("Defendants"), by and through their attorneys of record, Engles, Ketcham, Olson & Keith, P.C., state and allege as follows for their Answer to Plaintiffs' Third Amended and Substituted Complaint herein:

Defendants deny generally and specifically each and every material allegation contained in Plaintiffs' Third Amended and Substituted Complaint except those hereinafter admitted.

### JURISDICTION

1.    In response to paragraph 1, Defendants admit that Plaintiff's Third Amended and Substituted Complaint purports to assert RICO claims.  However, Defendants deny that such RICO claims are properly alleged and further deny that federal jurisdiction is proper in this action.

### VENUE

2.    In response to Paragraph 2, Defendants admit the a substantial portion of the

events alleged within Plaintiff's Third Amended and Substituted Complaint occurred within this judicial district. However, Defendants deny that federal jurisdiction and venue in this district are proper.

## PARTIES

3.    Defendants admit the allegations contained within paragraphs 3.

4.    Defendants admit the allegations contained within paragraphs 4 of Plaintiffs' Third Amended and Substituted Complaint however note that such entities are no longer a party to this action.

5.    Defendants admit the allegations contained within paragraphs 5 of Plaintiffs' Third Amended and Substituted Complaint however note that such entities are no longer a party to this action.

6.    Defendants admit the allegations contained within paragraph 6 of Plaintiff's Third Amended and Substituted Complaint.

7.    Defendants admit the allegations contained within paragraph 7 of Plaintiffs' Third Amended and Substituted Complaint insofar that Anderson is a resident of Orange City, Sioux County, Iowa. Defendants admit Anderson was an employee, owner, and/or agent of Defendants, F.H. Anderson Company, P.C. and/or F.H. Anderson Company. Defendants however deny the allegations that Anderson was acting within the scope of his employment and/or agency, actual, implied, or apparent with Defendants, F.H. Anderson Company, P.C. and/or F.H. Anderson Company and the remainder of the allegations found in paragraph 7.

8.    Defendants admit the allegations contained within paragraphs 8 of Plaintiffs' Third Amended and Substituted Complaint.

9.    Defendants admit the allegations contained within paragraphs 9 of Plaintiffs' Third Amended and Substituted Complaint.

10.   Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained within paragraph 10 of Plaintiff's Third Amended and Substituted Complaint and therefore denies the same.

11.   Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained within paragraph 11 of Plaintiffs' Third Amended and Substituted Complaint and, therefore, deny the same.

12.     Defendants admit the allegations contained within paragraph 12 of Plaintiffs' Third Amended and Substituted Complaint upon information and belief.

## RELATIONSHIPS – ANDERSON AND PLAINTIFFS

13.     Defendants admit the contents of paragraph 13 of Plaintiffs' Third Amended and Substituted Complaint.

14.     Defendants deny each and every factual allegation contained within paragraph 14 of Plaintiffs' Third Amended and Substituted Complaint and specifically denies that Defendants routinely provided investment advice to Plaintiff, Orville Schuster (hereinafter "Schuster").

15.     Defendants deny any and all factual allegations relating to this Defendant contained within paragraphs 15 of Plaintiffs' Third Amended and Substituted Complaint.

16.     Defendants deny any and all factual allegations relating to this Defendant contained within paragraphs 16 of Plaintiffs' Third Amended and Substituted Complaint.

17.     Defendants deny any and all factual allegations relating to this Defendant contained within paragraphs 17 of Plaintiffs' Third Amended and Substituted Complaint.

18.     Defendants admit that they were aware that Schuster had suffered a stroke. Defendant denies the remainder of all allegations contained within Paragraph 18 of Plaintiff's Third Amended and Substituted Complaint.

19.     Defendants admit the allegations contained within paragraph 19 of Plaintiffs' Third Amended and Substituted Complaint.

## CLEVERINGA AND PLAINTIFFS

20.     Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained within paragraph 20 of Plaintiffs' Third Amended and Substituted Complaint and, therefore, deny the same.

21.     Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained within paragraph 21 of Plaintiffs' Third Amended and Substituted Complaint and, therefore, deny the same.

22.     Defendants are without knowledge or information sufficient to form a belief as to

the truth of the averments contained within paragraph 22 of Plaintiffs' Third Amended and Substituted Complaint and, therefore, deny the same.

23.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained within paragraph 23 of Plaintiffs' Third Amended and Substituted Complaint and, therefore, deny the same. To the extent such paragraphs contain any factual allegations against Defendants, they are denied.

24.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained within paragraph 24 of Plaintiffs' Third Amended and Substituted Complaint and, therefore, deny the same.

25.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained within paragraph 25 of Plaintiffs' Third Amended and Substituted Complaint and, therefore, deny the same.

26.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained within paragraph 26 of Plaintiffs' Third Amended and Substituted Complaint and, therefore, deny the same.

27.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained within paragraph 27 of Plaintiffs' Third Amended and Substituted Complaint and, therefore, deny the same

**PLAINTIFFS AND AMERICAN STATE BANK (ASB)**

28.    Defendants admit that Schuster began borrowing funds from ASB in and around November, 2000.  Defendants are without knowledge or information sufficient to form a belief as to the truth of the remainder of the averments contained within paragraph 28 of Plaintiffs' Third Amended and Substituted Complaint and therefore, deny the same.

29.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained within paragraph 29 of Plaintiffs' Third Amended and Substituted Complaint and therefore, deny the same.

30.    Defendants, admit that ASB made loans to Schuster from November, 2000 to December, 2002.  Defendants deny each and every factual allegation against them contained within the remainder of paragraph 30 of Plaintiffs' Third Amended and

Substituted Complaint.

31.     Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained within paragraph 31 of Plaintiffs' Third Amended and Substituted Complaint and  therefore denies the same.

32.     Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained within paragraph 32 of Plaintiffs' Third Amended and Substituted Complaint and, therefore, deny the same.

33.     Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained within paragraph 33 of Plaintiffs' Third Amended and Substituted Complaint and, therefore, deny the same.

34.     Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained within paragraph 34 of Plaintiffs' Third Amended and Substituted Complaint and, therefore, deny the same.

35.     Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained within paragraph 35 of Plaintiffs' Third Amended and Substituted Complaint and, therefore, deny the same.

36.     Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained within paragraph 36 of Plaintiffs' Third Amended and Substituted Complaint and, therefore, deny the same.

37.     Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained within paragraph 37 of Plaintiffs' Third Amended and Substituted Complaint and, therefore, deny the same.

## YOURNET-RELATED ENTITIES

38.     Defendants deny all factual allegations contained within paragraph 38 of Plaintiffs' Third Amended and Substituted Complaint.

39.     Defendants deny all factual allegations contained within paragraph 39 of Plaintiffs' Third Amended and Substituted Complaint.

40.     Defendants deny all factual allegations contained within paragraph 40 of Plaintiffs' Third Amended and Substituted Complaint.

41.     Defendants deny all factual allegations contained within paragraph 41 of Plaintiffs' Third Amended and Substituted Complaint.

42.     Defendants deny the allegations contained within paragraph 42 of Plaintiffs' Third Amended and Substituted Complaint.

43.     Defendants deny any and all factual allegations contained within paragraph 43 of Plaintiffs' Third Amended and Substituted Complaint.  The remainder of the allegations within such paragraph contains legal conclusions to which no response is required.

44.     Defendants deny any and all factual allegations contained within paragraph 44 of Plaintiffs' Third Amended and Substituted Complaint.  The remainder of the allegations within such paragraph contains legal conclusions to which no response is required.

45.     Defendants deny any and all factual allegations contained within paragraph 45 of Plaintiffs' Third Amended and Substituted Complaint.  The remainder of the allegations within such paragraph contains legal conclusions to which no response is required.

46.     Defendants deny any and all factual allegations contained within paragraph 46 of Plaintiffs' Third Amended and Substituted Complaint.  The remainder of the allegations within such paragraph contains legal conclusions to which no response is required.

47.     Defendants deny any and all factual allegations contained within paragraph 47 of Plaintiffs' Third Amended and Substituted Complaint.  The remainder of the allegations within such paragraph contains legal conclusions to which no response is required.

48.     Defendants deny any and all factual allegations contained within paragraph 48 of Plaintiffs' Third Amended and Substituted Complaint.  The remainder of the allegations within such paragraph contains legal conclusions to which no response is required.

### ASB AND YOURNET-RELATED ENTITIES

49.     Defendants admit that Yournet, WWFN, and R Chief had accounts with ASB. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remainder of the averments contained within paragraphs 49 of Plaintiffs' Third Amended and Substituted Complaint and, therefore, deny the

same.

50.     Defendants are without knowledge or information sufficient to form a belief as to the truth of the remainder of the averments contained within paragraph 50 of Plaintiffs' Third Amended and Substituted Complaint and, therefore, deny the same.

51.     Defendants are without knowledge or information sufficient to form a belief as to the truth of the remainder of the averments contained within paragraph 51 of Plaintiffs' Third Amended and Substituted Complaint and, therefore, deny the same.

52.     Defendants are without knowledge or information sufficient to form a belief as to the truth of the remainder of the averments contained within paragraph 52 of Plaintiffs' Third Amended and Substituted Complaint and, therefore, deny the same.

## ASSOCIATION IN FACT

53.     Defendants deny the allegations of Paragraph 53 of Plaintiff's Third Amended and Substituted Complaint.

## WITHERSPOON AFFAIR

54.     Defendants deny any and all factual allegations contained within paragraph 54 Plaintiffs' Third Amended and Substituted Complaint.

55.     Defendants deny any and all factual allegations contained within paragraph 55 Plaintiffs' Third Amended and Substituted Complaint.

56.     Defendants deny any and all factual allegations contained within paragraph 56 Plaintiffs' Third Amended and Substituted Complaint.

**57.**     Defendants deny any and all factual allegations contained within paragraph 57 Plaintiffs' Third Amended and Substituted Complaint.

## 1.  YOURNET INVESTMENT DOCUMENTS

58.     Defendants are without sufficient knowledge or information sufficient to form a belief as to the truth of the assertions in paragraph 58 of Plaintiffs' Third Amended and Substituted Complaint and therefore denies the same.

59.     Paragraph 59 of Plaintiffs' Third Amended and Substituted Complaint purports to describe a document called "Stock Subscription Agreement" which document

speaks for itself and provides the best evidence of its content. To the extent such paragraph contains factual allegations against Defendants, the same are denied.

60. Paragraph 60 of Plaintiffs' Third Amended and Substituted Complaint purports to describe a document called a "Confidential Private Placement Memorandum" which document speaks for itself and provides the best evidence of its content. To the extent such paragraph contains factual allegations against Defendants, the same are denied

## ASB FRAUDULENTLY INDUCED LOANS AND SECURITY INSTRUMENTS

61. Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained within paragraph 61 including sub-parts "a" through "k" and, therefore, deny the same.

62. Defendants deny each and every factual allegation contained within paragraph 62 of Plaintiffs' Third Amended and Substituted Complaint. Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments against Cleveringa or ASB and therefore the same are denied.

63. Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained within paragraph 63 of Plaintiffs' Third Amended and Substituted Complaint and, therefore, deny the same.

64. Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained within paragraph 64 of Plaintiffs' Third Amended and Substituted Complaint and, therefore, deny the same

65. Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained within paragraph 65 of Plaintiffs' Third Amended and Substituted Complaint and, therefore, deny the same.

## FRAUDULENT INVESTMENTS IN YOURNET-RELATED ACTIVITIES

66. Defendants deny each and every factual averment contained within paragraph 66 including sub-parts "a" through "z" of Plaintiffs' Third Amended and Substituted Complaint.

67. Defendants deny each and every factual allegation contained within paragraph 67 including sub-parts "a" through "u" of Plaintiffs' Third Amended and Substituted Complaint.

68. Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained within paragraph 68 of Plaintiffs' Third Amended and Substituted Complaint and, therefore, deny the same.

### ASB'S CALLING OF SCHUSTER'S CERTIFICATE OF DEPOSITS

69. Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained within paragraph 69 of Plaintiffs' Third Amended and Substituted Complaint and, therefore, deny the same.

70. Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained within paragraph 70 of Plaintiffs' Third Amended and Substituted Complaint and, therefore, deny the same

### LULLING PAYMENTS

71. Defendants deny each and every factual allegation contained within paragraph 71 including sub-parts "a" through "d" of Plaintiffs' Third Amended and Substituted Complaint. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations against Cleveringa and ASB and therefore deny the same.

### UNAUTHORIZED LOAN GUARANTEES

72. Defendants deny each and every factual allegation contained within paragraph 72 including sub-parts "a" through "c" of Plaintiffs' Third Amended and Substituted Complaint. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations against Cleveringa and ASB and therefore deny the same.

### UNAUTHORIZED USE OF SCHUSTER LOAN PROCEEDS

73. Defendants deny each and every factual allegation contained within paragraph 73 including sub-parts "a" through "r" of Plaintiffs' Third Amended and Substituted Complaint. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations against Cleveringa and ASB and therefore deny the same.

### WIRE TRANSFERS

74. Defendants deny each and every factual allegation contained within paragraph 74 including sub-parts "a" through "n" of Plaintiffs' Third Amended and Substituted

Complaint. Defendants demand strict proof of the same. The remainder of the averments contained within paragraph 74 are legal conclusions to which no response is required. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations against Cleveringa and ASB and therefore deny the same.

## COUNT I

75.     Defendants admit and deny the allegations contained within paragraph 75 of Plaintiffs' Third Amended and Substituted Complaint as previously admitted and denied herein.

76.     Defendants deny the allegations contained within paragraph 76 of Plaintiffs' Third Amended and Substituted Complaint.

77.     Defendants deny the allegations contained within paragraph 77 including sub-parts "a" through "d" of Plaintiffs' Third Amended and Substituted Complaint.

78.     Defendants deny the allegations contained within paragraph 78 of Plaintiffs' Third Amended and Substituted Complaint.

**WHEREFORE** Defendants pray the Court dismiss Count I of Plaintiffs' Third Amended and Substituted Complaint and for such other and further relief as the Court deems just and proper.

## COUNT II

79.     Defendants admit and deny the allegations contained within paragraph 79 of Plaintiffs' Third Amended and Substituted Complaint as previously admitted and denied herein.

80.     Defendants deny the allegations contained within paragraph 80 of Plaintiffs' Third Amended and Substituted Complaint.

81.     Defendants deny the allegations contained within paragraph 81 of Plaintiffs' Third Amended and Substituted Complaint.

82.     Defendants deny the allegations contained within paragraph 82 of Plaintiffs' Third Amended and Substituted Complaint.

83.     Defendants deny the allegations contained within paragraph 83 of Plaintiffs' Third Amended and Substituted Complaint.

**WHEREFORE** Defendants pray the Court dismiss Count II of Plaintiffs' Third

Amended and Substituted Complaint and for such other and further relief as the Court deems just and proper.

## COUNT III

The allegations of Count III are directed against Cleveringa and ASB. Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained within Count III, paragraphs 85, 86, 87, and 88 of Plaintiffs' Third Amended and Substituted Complaint and, therefore, deny the same.

## COUNT IV

84.    Defendants admit and deny the allegations contained within paragraph 89 of Plaintiffs' Third Amended and Substituted Complaint as previously admitted and denied herein.

85.    Defendants deny the allegations contained within paragraph 91 of Plaintiffs' Third Amended and Substituted Complaint.

86.    Defendants deny the allegations contained within paragraph 92 of Plaintiffs' Third Amended and Substituted Complaint.

87.    Defendants deny the allegations contained within paragraph 93 of Plaintiffs' Third Amended and Substituted Complaint.

88.    Defendants deny the allegations contained within paragraph 94 of Plaintiffs' Third Amended and Substituted Complaint.

89.    Defendants deny the allegations contained within paragraph 95 of Plaintiffs' Third Amended and Substituted Complaint.

90.    Defendants deny the allegations contained within paragraph 96 of Plaintiffs' Third Amended and Substituted Complaint.

91.    Defendants deny the allegations contained within paragraph 98 of Plaintiffs' Third Amended and Substituted Complaint.

**WHEREFORE** Defendants pray the Court dismiss Count IV of Plaintiffs' Third Amended and Substituted Complaint and for such other and further relief as the Court deems just and proper.

## COUNT V

92.    Defendants admit and deny the allegations contained within paragraph 99 of Plaintiffs' Third Amended and Substituted Complaint as previously admitted and

denied herein.

93.     Defendants deny the allegations contained within paragraph 100 of Plaintiffs' Third Amended and Substituted Complaint.

94.     Defendants deny the allegations contained within paragraph 101 of Plaintiffs' Third Amended and Substituted Complaint.

95.     Defendants deny the allegations contained within paragraph 102 of Plaintiffs' Third Amended and Substituted Complaint.

96.     Defendants deny the allegations contained within paragraph 103 of Plaintiffs' Third Amended and Substituted Complaint.

97.     Defendants deny the allegations contained within paragraph 104 of Plaintiffs' Third Amended and Substituted Complaint.

98.     Defendants deny the allegations contained within paragraph 105 of Plaintiffs' Third Amended and Substituted Complaint.

99.     Defendants deny the allegations contained within paragraph 106 of Plaintiffs' Third Amended and Substituted Complaint.

100.    Defendants deny the allegations contained within paragraph 107 of Plaintiffs' Third Amended and Substituted Complaint.

101.    Defendants deny the allegations contained within paragraph 108 of Plaintiffs' Third Amended and Substituted Complaint.

**WHEREFORE** Defendants pray the Court dismiss Count V of Plaintiffs' Third Amended and Substituted Complaint and for such other and further relief as the Court deems just and proper.

## COUNT VI

The allegations of Count VI are directed against Cleveringa and ASB. Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained within Count VI, paragraphs 110, 111, 112, 113, 114, 115, 116, 117, and 118 of Plaintiffs' Third Amended and Substituted Complaint and, therefore, deny the same.

## COUNT VII

The allegations of Count VII are directed against Cleveringa and ASB. Defendants are without knowledge or information sufficient to form a belief as to the truth of the

averments contained within Count VII, paragraphs 119, 120, 121, 122, 123, 124, 125, 126, 127, and 128 of Plaintiffs' Third Amended and Substituted Complaint and, therefore, deny the same.

## COUNT VIII

102.    Defendants admit and deny the allegations contained within paragraph 129 of Plaintiffs' Third Amended and Substituted Complaint as previously admitted and denied herein.

103.    Defendants deny the allegations contained within paragraph 130 of Plaintiffs' Third Amended and Substituted Complaint.

104.    Defendants deny the allegations contained within paragraph 131 of Plaintiffs' Third Amended and Substituted Complaint.

105.    Defendants deny the allegations contained within paragraph 132 of Plaintiffs' Third Amended and Substituted Complaint.

106.    Defendants deny the allegations contained within paragraph 133 of Plaintiffs' Third Amended and Substituted Complaint.

107.    Defendants deny the allegations contained within paragraph 134 of Plaintiffs' Third Amended and Substituted Complaint.

108.    Defendants deny the allegations contained within paragraph 135 of Plaintiffs' Third Amended and Substituted Complaint.

**WHEREFORE** Defendants pray the Court dismiss Count VIII of Plaintiffs' Third Amended and Substituted Complaint and for such other and further relief as the Court deems just and proper.

## COUNT IX

The allegations of Count IX are directed against Cleveringa and ASB.  Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained within Count IX, paragraphs 136, 137, 138, 139, 140, 141, and 142 of Plaintiffs' Third Amended and Substituted Complaint and, therefore, deny the same.

## COUNT X

109.    Defendants admit and deny the allegations contained within paragraph 143 of Plaintiffs' Third Amended and Substituted Complaint as previously admitted and denied herein.

110.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained within paragraph 144 of Plaintiffs' Third Amended and Substituted Complaint and, therefore, deny the same.

111.    Defendants deny the allegations contained within paragraph 145 of Plaintiffs' Third Amended and Substituted Complaint.

112.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained within paragraph 146 of Plaintiffs' Third Amended and Substituted Complaint and, therefore, deny the same.

113.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained within paragraph 147 of Plaintiffs' Third Amended and Substituted Complaint and, therefore, deny the same.

114.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained within paragraph 148 of Plaintiffs' Third Amended and Substituted Complaint and, therefore, deny the same.

115.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained within paragraph 149 of Plaintiffs' Third Amended and Substituted Complaint and, therefore, deny the same.

116.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained within paragraph 150 of Plaintiffs' Third Amended and Substituted Complaint and, therefore, deny the same.

117.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained within paragraph 151 of Plaintiffs' Third Amended and Substituted Complaint and, therefore, deny the same.

118.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained within paragraph 152 of Plaintiffs' Third Amended and Substituted Complaint and, therefore, deny the same.

**WHEREFORE** Defendants pray the Court dismiss Count X of Plaintiffs' Third Amended and Substituted Complaint and for such other and further relief as the Court deems just and proper.

## COUNT XI

The allegations of Count XI are directed against Cleveringa and ASB.  Defendants are

without knowledge or information sufficient to form a belief as to the truth of the averments contained within Count XI, paragraphs 153, 154, 155, 156, 157, 158, 159, 160, 161, and 162 of Plaintiffs' Third Amended and Substituted Complaint and, therefore, deny the same.

.

## COUNT XII

119.   Defendants admit and deny the allegations contained within paragraph 163 of Plaintiffs' Third Amended and Substituted Complaint as previously admitted and denied herein.

120.   Paragraphs 164, 165, 166, 167, 168, 169, and 170 of Plaintiffs' Third Amended and Substituted Complaint purport to assert claims arising under RICO and common law.   Defendants deny that such paragraphs assert RICO claims adequately and further deny each and every factual allegation contained within these paragraphs.

121.   Defendants deny the allegations contained within paragraph 171 including sub-parts "a" through "n" of Plaintiffs' Third Amended and Substituted Complaint to the extent that factual allegations are made against Defendants.

122.   Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained within paragraphs 172, 173, and 174 of Plaintiffs' Third Amended and Substituted Complaint and, therefore, deny the same.

123.   Defendants deny the allegations contained within paragraph 175 of Plaintiffs' Third Amended and Substituted Complaint.

**WHEREFORE** Defendants pray the Court dismiss Count XII of Plaintiffs' Third Amended and Substituted Complaint and for such other and further relief as the Court deems just and proper.

## COUNT XIII

124.   Defendants admit and deny the allegations contained within paragraph 176 of Plaintiffs' Third Amended and Substituted Complaint as previously admitted and denied herein.

125.   With respect to the allegations contained within paragraphs 177 and 178 of

Plaintiffs' Third Amended and Substituted Complaint, such paragraphs purport to assert claims arising under RICO and common law. Defendants deny that such paragraphs assert RICO claims adequately and further deny each and every factual allegation contained within these paragraphs. With respect to the remainder of the allegations contained within such paragraphs, they are legal conclusions to which no response is necessary.

**WHEREFORE** Defendants pray the Court dismiss Count XIII of Plaintiffs' Third Amended and Substituted Complaint and for such other and further relief as the Court deems just and proper.

## COUNT XIV

126.    Defendants admit and deny the allegations contained within paragraph 179 of Plaintiffs' Third Amended and Substituted Complaint as previously admitted and denied herein.

127.    With respect to the allegations contained within paragraphs 180 and 181 of Plaintiffs' Third Amended and Substituted Complaint, such paragraphs purport to assert claims arising under RICO and common law. Defendants deny that such paragraphs assert RICO claims adequately and further deny each and every factual allegation contained within these paragraphs.

**WHEREFORE** Defendants pray the Court dismiss Count XIV of Plaintiffs' Third Amended and Substituted Complaint and for such other and further relief as the Court deems just and proper.

## COUNT XV

128.    Defendants admit and deny the allegations contained within paragraph 182 of Plaintiffs' Third Amended and Substituted Complaint as previously admitted and denied herein.

129.    Defendants deny the allegations contained within paragraph 183 of Plaintiffs' Third Amended and Substituted Complaint. To the extent that said paragraphs contain legal conclusions, no response is required.

130.    Defendants deny the allegations contained within paragraph 184 of Plaintiffs' Third Amended and Substituted Complaint. To the extent that said paragraphs contain legal conclusions, no response is required.

16

131.   Defendants deny the allegations contained within paragraph 185 of Plaintiffs' Third Amended and Substituted Complaint.  To the extent that said paragraphs contain legal conclusions, no response is required.

132.   Defendants deny the allegations contained within paragraph 186 of Plaintiffs' Third Amended and Substituted Complaint.  To the extent that said paragraphs contain legal conclusions, no response is required.

133.   Defendants deny the allegations contained within paragraph 187 of Plaintiffs' Third Amended and Substituted Complaint.  To the extent that said paragraphs contain legal conclusions, no response is required.

**WHEREFORE** Defendants pray the Court dismiss Count XV of Plaintiffs' Third Amended and Substituted Complaint and for such other and further relief as the Court deems just and proper.

## COUNT XVI

134.   Defendants admit and deny the allegations contained within paragraph 188 of Plaintiffs' Third Amended and Substituted Complaint as previously admitted and denied herein.

135.   Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained within paragraphs 189, 190, 191, 192, and 193 of Plaintiffs' Third Amended and Substituted Complaint and, therefore, deny the same.  To the extent that said paragraphs contain legal conclusions, no response is required.

**WHEREFORE** Defendants pray the Court dismiss Count XVI of Plaintiffs' Third Amended and Substituted Complaint and for such other and further relief as the Court deems just and proper.

## COUNT XVII

136.   Defendants, deny any and all factual allegations contained within paragraph 194 of Plaintiffs' Third Amended and Substituted Complaint pertaining to this Defendant.  Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained within paragraph 194 pertaining to co-Defendant, Cleveringa, and, therefore, denies the same.

137.   Paragraph 195 and 196 of Plaintiffs' Third Amended and Substituted Complaint

purport to describe a promissory note attached as Exhibit "A" which document speaks for itself and provides the best evidence of its content. To the extent such paragraphs contain factual allegations against this Defendant, they are denied. Defendants are without knowledge or information sufficient to form a belief as to the factual allegations against co-Defendant, Cleveringa, and, therefore, deny the same.

138.    Defendants deny any and all factual allegations contained in paragraph 197 of Plaintiffs' Third Amended and Substituted Complaint.

139.    Defendants deny any and all factual allegations contained in paragraph 198 of Plaintiffs' Third Amended and Substituted Complaint.

140.    Defendants deny any and all factual allegations contained in paragraph 199 of Plaintiffs' Third Amended and Substituted Complaint.

**WHEREFORE** Defendants pray the Court dismiss Count XVII of Plaintiffs' Third Amended and Substituted Complaint and for such other and further relief as the Court deems just and proper.

## COUNT XVIII

141.    Defendants admit and deny the allegations contained within paragraph 200 of Plaintiffs' Third Amended and Substituted Complaint as previously admitted and denied herein.

142.    Defendants deny the factual allegations contained within paragraph 201 of Plaintiff's Third Amended and Substituted Complaint.

143.    Defendants deny the allegations of paragraph 202 of Defendant's Third Amended and Substituted Complaint.

144.    Defendants deny the allegations of paragraph 203 of Defendant's Third Amended and Substituted Complaint.

145.    Defendants deny the allegations of paragraph 204 of Defendant's Third Amended and Substituted Complaint

146.    Defendants deny the allegations of paragraph 205 of Defendant's Third Amended and Substituted Complaint

**WHEREFORE** Defendants pray the Court dismiss Count XVIII of Plaintiffs' Third Amended and Substituted Complaint and for such other and further relief as the Court

deems just and proper.

## COUNT XIX

147.   Defendants admit and deny the allegations contained within paragraph 206 of Plaintiffs' Third Amended and Substituted Complaint as previously admitted and denied herein.

148.   Defendants deny any and all factual allegations contained within paragraph 207 of Plaintiffs' Third Amended and Substituted Complaint as they pertain to Defendants.  Defendants are without sufficient information to form a belief as to the truth of the averments contained within said paragraphs as they pertain to Cleveringa and/or American State Bank.

149.   Defendants deny any and all factual allegations contained within paragraph 208 of Plaintiffs' Third Amended and Substituted Complaint as they pertain to Defendants.  Defendants are without sufficient information to form a belief as to the truth of the averments contained within said paragraphs as they pertain to Cleveringa and/or American State Bank.

150.   Defendants deny any and all factual allegations contained within paragraph 209 of Plaintiffs' Third Amended and Substituted Complaint as they pertain to Defendants.  Defendants are without sufficient information to form a belief as to the truth of the averments contained within said paragraphs as they pertain to Cleveringa and/or American State Bank.

151.   Defendants deny any and all factual allegations contained within paragraph 210 of Plaintiffs' Third Amended and Substituted Complaint as they pertain to Defendants.  Defendants are without sufficient information to form a belief as to the truth of the averments contained within said paragraphs as they pertain to Cleveringa and/or American State Bank.

**WHEREFORE** Defendants pray the Court dismiss Count XIX of Plaintiffs' Third Amended and Substituted Complaint and for such other and further relief as the Court deems just and proper.

## COUNT XX

The allegations of Count XX are directed against Cleveringa and ASB.  Defendants are without knowledge or information sufficient to form a belief as to the truth of the

averments contained within Count XX, paragraphs 211, 212, 213, 214, and 215 of Plaintiffs' Third Amended and Substituted Complaint and, therefore, deny the same.

## COUNT XXI

152. Defendants admit and deny the allegations contained within paragraph 216 of Plaintiffs' Third Amended and Substituted Complaint as previously admitted and denied herein.

153. Paragraphs 217, 218, 219, 220, 221, 222, 223, and 224 of Plaintiffs' Third Amended and Substituted Complaint purport to assert claims under § 10(b) of the Securities and Exchange Act of 1934 and SEC Rule 10b-5. Defendants deny that said paragraphs assert these claims adequately and further deny each and every factual allegation asserted against Defendants.

**WHEREFORE** Defendants pray the Court dismiss Count XXI of Plaintiffs' Third Amended and Substituted Complaint and for such other and further relief as the Court deems just and proper.

## COUNT XXII

The allegations of Count XXII are directed against Cleveringa and ASB. Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained within Count XXII, paragraphs 225, 226, 227, 228, 229, 230, 231, 232, and 233of Plaintiffs' Third Amended and Substituted Complaint and, therefore, deny the same.

## COUNT XXIII

154. Defendants admit and deny the allegations contained within paragraph 234 of Plaintiffs' Third Amended and Substituted Complaint as previously admitted and denied herein.

155. Defendants deny the allegations contained within paragraph 235 of Plaintiffs' Third Amended and Substituted Complaint.

156. Defendants deny the allegations contained within paragraph 236 of Plaintiffs' Third Amended and Substituted Complaint.

**WHEREFORE** Defendants pray the Court dismiss Count XXIII of Plaintiffs' Third Amended and Substituted Complaint and for such other and further relief as the Court deems just and proper.

## COUNT XXIV

The allegations of Count XXIV are directed against Cleveringa and ASB.  Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained within Count XXIV, paragraphs 237, 238 and 239 of Plaintiffs' Third Amended and Substituted Complaint and, therefore, deny the same.

## COUNT XXV

The allegations of Count XXV are directed against Cleveringa and ASB.  Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained within Count XXV, paragraphs 240, 241, 242, and 243 of Plaintiffs' Third Amended and Substituted Complaint and, therefore, deny the same.

## COUNT XXVI

The allegations of Count XXVI are directed against Cleveringa and ASB.  Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained within Count XXVI, paragraphs 244, 245, 246, 247, 248, 249, 250, 251, and 252 of Plaintiffs' Third Amended and Substituted Complaint and, therefore, deny the same.

## COUNT XXVII

The allegations of Count XXVII are directed against Cleveringa and ASB.  Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained within Count XXVII, paragraphs 253, 254, and 255 of Plaintiffs' Third Amended and Substituted Complaint and, therefore, deny the same.

## AFFIRMATIVE DEFENSES

157.  Plaintiffs' Third Amended and Substituted Complaint fails to state a claim upon which relief could be granted.

158.  Plaintiffs have failed to comply with Fed. R. Civ. P. 9(b).

159.  Plaintiff's have failed to comply with the pleading requirements of the Private Securities Litigation Reform Act.

160.  Plaintiff's securities claims are otherwise barred by the terms of the Private Securities Litigation Reform Act.

161.  Plaintiff's claims are barred by intervening and superseding cause.

162.    Plaintiff's claims are barred by laches.

163.    Plaintiff's claims are barred by accord and satisfaction.

164.    Plaintiff's claims are barred by release.

165.    Defendants acted pursuant to and in reliance on the directions of Cleveringa who had both actual and apparent authority conferred on him by Bill Schlichte.

166.    Defendants allege that negligent acts and omissions of Plaintiffs caused and contributed to Plaintiffs' damages, if any, and, if Defendants were negligent, any negligence on their part being specifically denied, Plaintiffs, by reason of their negligent acts and omissions, were guilty of contributory negligence sufficient to reduce or bar their recovery as a matter of law.

167.    Plaintiff's claims are barred by *in pari delicto*.

168.    Defendants allege Plaintiffs appreciated and voluntarily exposed themselves to the known risk and danger of the investments as described in the Third Amended and Substituted Complaint, and Plaintiffs have voluntarily assumed, as a matter of law, the risk of the investments and any resulting damages.

169.    Certain of Plaintiff's claims are barred by the express terms of documents they signed and/or the parol evidence rule.

170.    Defendants affirmatively allege that Plaintiffs' claims are barred in whole or in part by the applicable statutes of limitations.

171.    Defendants affirmatively allege that Plaintiffs' claims are barred in whole or in part by the applicable doctrine of waiver.

172.    Plaintiff's claims are barred by the Doctrine of Good Faith and Fair Dealing.

173.    Defendants affirmatively allege that Plaintiffs failed to mitigate their damages.

174.    Defendants affirmatively allege that Plaintiffs' claims are barred in whole or in part by the doctrine of authorization.

175.    Defendants affirmatively allege that Plaintiffs' claims are barred in whole or in part by the doctrine of estoppel.

176.    Defendants affirmatively allege that Plaintiffs' claims are barred in whole or in part by the doctrine of ratification.

177.    Defendants affirmatively allege that Plaintiffs' claims are barred in whole or in part by the business judgment rule.

178.    Defendants affirmatively allege that Plaintiffs' claims are barred in whole or in part by the bespeaks caution doctrine.

179.    The actions of Defendants were not the proximate cause of the damages alleged by Plaintiffs in this position.

180.    Defendants allege that the claims and alleged damages of Plaintiffs are the result of actions of third parties over whom Defendants had no control.

181.    Plaintiffs have not pled and cannot prove loss causation.

182.    Plaintiffs have not been injured to the extent alleged.

183.    An award of punitive damages would violate the United States and Iowa Constitutions.

**WHEREFORE** to the extent any factual allegations in Plaintiffs' Third Amended and Substituted Complaint are not specifically admitted or denied in the preceding paragraphs of this Answer, the same are specifically denied. Defendants further deny any and all allegations as to which they are without knowledge or information sufficient to form a belief as to the truth thereof to the extent these averments are not previously admitted or denied. Defendants state that any and all legal conclusions in Plaintiffs' Third Amended and Substituted Complaint require no response. Wherefore, having fully responded to Plaintiffs' Third Amended and Substituted Complaint, Defendants move the Court for an Order dismissing Plaintiffs' claims and for such other and further relief as the Court deems appropriate.

### JURY DEMAND

**Defendants** Fay Anderson, F.H. Anderson Company, P.C., and F.H. Anderson Company hereby demand a jury trial in this matter pursuant to Fed. R. Civ. P 38 and NDILR 38.1.

FAY ANDERSON, F.H. ANDERSON COMPANY, P.C., AND F.H. ANDERSON COMPANY, Defendants,


s/ Robert S. Keith
Robert S. Keith
ENGLES, KETCHAM, OLSON & KEITH, P.C.
1350 Woodmen Tower
Omaha, Nebraska 68102
Phone:  (402) 348-0900
Fax :  (402) 348-0904

e-mail:  rkeith@ekoklaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on January _____, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Lloyd Bierma
Oostra & Bierman
32 – 6 St., N.W.
Sioux Center, IA 51250

Edward M. Mansfield
Belin, Lamson, McCormick, Zumbach & Flynn
666 Walnut St., Suite 2000
Des Moines, IA 50309-3989

Timothy A. Clausen
Klass Law Firm
4280 Sergeant Rd., Suite 290
P.O. Box 327
Sioux City, IA 51102

Terrence D. Brown
Hixson & Brown
1360 – 121 St., Suite A
Clive, IA 50325

John C. Gray
Heidman, Redmond, Fredregill, Patterson,
  Plaza, Dykstra & Prahl, LLP
701 Pierce St., Suite 200
Sioux City, IA 51102

s/ Robert S. Keith_____
Robert S. Keith
ENGLES, KETCHAM, OLSON & KEITH, P.C.
1350 Woodmen Tower
Omaha, Nebraska 68102
Phone:  (402) 348-0900
Fax :  (402) 348-0904
e-mail:  rkeith@ekoklaw.com
