IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| ESTATE OF ORVILLE SCHUSTER, <br>     Plaintiff, <br> v. <br> CAL CLEVERINGA and AMERICAN STATE BANK, <br>     Defendants. | Case No. C04-4089 MWB <br><br> DEFENDANT AMERICAN STATE BANK'S MOTION FOR SUMMARY JUDGMENT <br><br> HEARING REQUESTED |

Pursuant to Fed.R.Civ.P. 56, Defendant American State Bank ("the Bank") moves for summary judgment on all claims against it on the ground there is no genuine issue of material fact and the Bank is entitled to judgment as a matter of law. In support of this motion, the Bank states as follows:

1. This action was originally brought by Plaintiff Orville Schuster, since deceased, who alleged that the Bank was somehow responsible for Schuster's lost investments in "Yournet" and "Witherspoon." The Bank respectfully denies that it is legally responsible for such losses.

2. ***No fiduciary relationship.*** The Bank is entitled to summary judgment on breach of fiduciary duty and fraudulent nondisclosure (Counts III, VII, and XI) on the ground there is no evidence that a fiduciary relationship existed between Schuster and the Bank, or between Schuster and the Bank's former employee Cal Cleveringa ("Cleveringa"). Among other things, Schuster admits he had no connection with the Bank or Cleveringa prior to these transactions and did not care for Cleveringa personally.

3. *No negligent misrepresentation.* The Bank is entitled to summary judgment on the negligent misrepresentation claim (Count IX) on the grounds that (a) the Bank was not in the business or profession of providing information and (b) opinions or projections may not be the basis for a negligent misrepresentation claim. Additionally, the same undisputed facts that establish no justifiable reliance as a matter of law also establish Plaintiff's contributory negligence as a matter of law.

4. *No loan rescission.* The Bank is entitled to summary judgment on all loan rescission claims (Counts X and XI) on the ground those loans were ratified and reaffirmed by Schuster. Among other things, Schuster either paid off or reinstated all loans by agreement with the Bank on or about January 23, 2004.

5. *No RICO enterprise or other RICO elements.* The Bank is entitled to summary judgment on all RICO claims (Counts XII, XIII, and XIV) on the ground there is no evidence of a RICO enterprise. Additionally, Schuster cannot meet specific requirements of 18 U.S.C. §§ 1962(b), (c) and (d).

6. *No negligent supervision.* The Bank is entitled to summary judgment on the negligent supervision claim (Count XVI) on the ground there is no evidence that the Bank's alleged failure to supervise Cleveringa (a) fell below applicable standards or (b) caused Schuster's losses.

7. *No conversion.* The Bank is entitled to summary judgment on the conversion claim (Count XX) on the grounds there is no evidence that (a) the Bank or Cleveringa converted any property of Schuster or (b) such alleged conversion caused harm to Schuster. At a

minimum, summary judgment should be granted on this claim to the extent it relates to funds transferred in accordance with Schuster's admitted wishes to Yournet or R Chief accounts.

8. *No securities claims.* The Bank is entitled to summary judgment on all securities claims (Counts XXII and XXIV) on the grounds that (a) the claims are barred by the statute of limitations, (b) Plaintiff has not established loss causation, (c) there is no evidence that the Bank had the power to control Cleveringa's alleged statements, and (d) there is no evidence that the Bank or Cleveringa made any misrepresentation or material nondisclosure in connection with the sale of a security.

9. *No justifiable reliance.* The Bank is entitled to summary judgment on all fraud claims (Counts VI, VII, X, XI, XII, XIII, XIV, XXII, and XIV) on the ground that Schuster, as a matter of law, did not justifiably rely on Cleveringa's alleged statements.

10. *No respondeat superior.* The Bank is entitled to summary judgment on all claims except negligent supervision on the ground that any misconduct by Cleveringa, if it even occurred, was outside the scope of Cleveringa's job duties as a loan officer.

11. *No Witherspoon fraud claims.* The Bank is entitled to summary judgment on all fraud claims relating to the Witherspoon investment (Counts VI, VII, X, XI, XII, XIII, XIV, XXII, and XIV as they apply to Witherspoon) on the ground that there is no evidence that Cleveringa made a knowingly false statement or intended to deceive Schuster.

12. *No pre-November 2000 investments.* The Bank is entitled to summary judgment on all claims relating to pre-November 2000 investments on the ground that neither the Bank nor Cleveringa had any dealings with Schuster before that date.

13. This motion is supported by the accompanying brief, statement of undisputed facts, and appendix.

14. The Bank respectfully requests the opportunity to be heard orally on this motion.

Wherefore, Defendant American State Bank prays that its motion for summary judgment be granted and that it be dismissed from this case with prejudice.

    BELIN LAMSON McCORMICK ZUMBACH FLYNN, A Professional Corporation

By: /s/ Edward M. Mansfield
    Edward M. Mansfield    AT0004912
    David W. Nelmark    AT0005677

The Financial Center
666 Walnut Street Suite 2000
Des Moines, IA 50309-3989
Telephone: (515) 243-7100
Telecopier: (515) 243-1408
E-Mail: emmansfield@belinlaw.com
E-Mail: dwnelmark@belinlaw.com

Mr. Lloyd Bierma
Oostra & Bierma, P.L.C.
32 6th Street Northwest
Sioux Center, IA 51250
Telephone: (712) 722-2424
Telecopier: (712) 722-2480

ATTORNEYS FOR DEFENDANT AMERICAN STATE BANK

## PROOF OF SERVICE

The undersigned certifies that the foregoing instrument was served upon the parties to this action by serving a copy upon each of the attorneys listed below on _November 1_, 2006 by

☐ U.S. Mail                         ☐ FAX

☐ Hand Delivered                    ☒ Electronic Mail

☐ FedEx/ Overnight Carrier          ☐ Other

Terrence D. Brown
Hixson & Brown
1360 121st Street, Suite A
Clive, Iowa 50325

John C. Gray
Heidman, Redmond, Fredregill, Patterson, Plaza, Dykstra & Prahl, L.L.P.
P.O. Box 3086
1128 Historic 4th Street
Sioux City, IA 51101

Signature: _Paulette Curul_

d:\a0418\01\motion-10-31-06.doc