**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION**

| | |
|---|---|
| ESTATE OF ORVILLE SCHUSTER, | |
| Plaintiffs, | No. C04-4089-MWB |
| vs. | **SETTLEMENT ORDER** |
| CAL CLEVERINGA; and AMERICAN STATE BANK; | |
| Defendants. | |

_____

The court having been advised on December 7, 2006, that the above-captioned case is settled and the parties anticipate no further action other than the filing of a stipulated dismissal,

**IT IS ORDERED**

1. The Clerk of Court is directed to close this case for statistical purposes and remove it from the trial calendar.

2. Closing documents to dismiss the case, pursuant to Federal Rule of Civil Procedure 41, must be filed within **thirty (30) days** from the date of this order. If the case has not been dismissed within **thirty (30) days**, and/or counsel have not filed a written status report, this case will be dismissed pursuant to Local Rule 41.1(c).

**IT IS SO ORDERED.**

**DATED** this 7th day of December, 2006.

*[signature]*
PAUL A. ZOSS
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT