IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| THE ESTATE OF ORVILLE SCHUSTER,<br><br>    Plaintiff,<br><br>vs.<br><br>AMERICAN STATE BANK, and CAL CLEVERINGA,<br><br>    Defendants. | NO. C-04-4089 MWB<br><br>STIPULATION OF DISMISSAL |

COMES NOW the parties to this lawsuit, by and through their attorneys, pursuant to Federal Rule of Civil Procedure 41(1) and Local Rule 41.1, and stipulate to the dismissal with prejudice all Plaintiff's claims remaining at this time.

Respectfully Submitted,

_____
Terrence D. Brown, PK9441
HIXSON & BROWN, P.C.
1360 121st St. Suite A
Clive, Iowa 50325
Telephone: (515) 222-2620
Fax : (515) 440-6395
E-mail: tbrown@hixsonlaw.com
ATTORNEY FOR PLAINTIFF

HEIDMAN, REDMOND, FREDREGILL,
PATTERSON, PLAZA, DYKSTRA & PRAHL, L.L.P.

BY: _____
JOHN C. GRAY, WO0001915
701 Pierce Street, Suite 200
Post Office Box 3086
Sioux City, Iowa 51102
Telephone: (712) 255-8838
Facsimile: (712) 258-6714
E-mail: John.Gray@heidmanlaw.com

ATTORNEY FOR DEFENDANT
CAL CLEVERINGA


OOSTRA, BIERMA & VAN ENGEN P.L.C.

BY: _____
LLOYD W. BIERMA, AT000956
32 Sixth Street, NW
Sioux Center, IA 51250
Telephone: (712) 722-2424
Facsimile: (712) 722-2480
Email: lloydb@sc-law.com

ATTORNEY FOR DEFENDANT
AMERICAN STATE BANK


ORIGINAL ELECTRONICALLY FILED.

Counsel of record to be served electronically by Clerk of Court.